IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER GRAHAM, an individual
on behalf of himself and all others similarly
situated,

        Plaintiff,                                Civ. No. 02-0369 MV/RLP

vs.

VENGROFF, WILLIAMS & ASSOCIATES,
Inc.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court *sua sponte*. On November 17, 2003, Plaintiff filed a motion and brief seeking attorney's fees and costs. Local rules, however, require that a claim for attorney's fees or other expenses "not taxable in accordance with 28 U.S.C. § 1920 must be presented in a separate motion." D.N.M.LR-Civ. 54.1.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Costs and Attorney's Fees, filed November 17, 2003, **[Doc. No. 63]** is hereby stricken. Plaintiff has twenty days from the date of this Order to submit separate motions for fees and costs in accordance with D.N.M.LR-Civ. 54.1.

Dated this 15th day of March, 2004.

                                                MARTHA VÁZQUEZ
                                                CHIEF UNITED STATES DISTRICT JUDGE

<u>Attorneys for Plaintiff</u>:
　Richard N. Feferman, Esq.
　Rob Treinen, Esq.

<u>Attorneys for Defendant</u>:
　Martin E. Threet, Esq.
　Joey B. Wright, Esq.